**Abatement Order filed July 26, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00475-CV
_____

## IN THE INTEREST OF L.E.B, A CHILD

---

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. 10FD0110**

---

## ABATEMENT ORDER

This appeal is from a judgment signed March 29, 2018. A motion for new trial was untimely filed June 6, 2018. The record reflects the notice of appeal was filed June 11, 2018.

Appellant alleges she did not receive notice of the judgment until June 21, 2018. Pursuant to Texas Rule of Civil Procedure 306a, appellant must provide a written order signed by the trial court finding the date when appellant first either received notice or acquired actual knowledge the judgment was signed. *See* Tex. R. App. P. 4.2(c); *see also LDF Construction, Inc. v. Texas Friends of Chabad*

*Lubavitch, Inc.*, 459 S.W.3d 720, 724 (Tex. App.—Houston [14th Dist.] 2015, no pet.) (the date must be established by competent proof and included in a written order signed by the trial judge).

Accordingly, we order the case abated and remanded to the trial court for a hearing and entry of an order finding the date when appellant first either received notice or acquired actual knowledge that the order was signed. A supplemental clerk's record containing the trial court's order shall be filed with the clerk of this court **within 30 days of the date of this order.**

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record is filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing, if a hearing is required, in compliance with this Court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.


PER CURIAM